# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**CARMEL JAMES TRIGGS, JR.**            **CIVIL CASE NO. 6:24-CV-01661**

**VERSUS**                              **JUDGE DAVID C. JOSEPH**

**POLICE DEPT. OF PATTERSON, ET AL**    **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this CIVIL RIGHTS COMPLAINT [Doc. 5] be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted.

THUS DONE AND SIGNED in Chambers this 27th day of May, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE